IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DELAWARES OF IDAHO, INC., KANSAS DELAWARE TRIBE OF INDIANS, INC., ARTHUR A CREECH and WANDA JUNE WEEKS,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. CLARK, Secretary of the Interior of the United States of America,<br><br>Defendant.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV-83-1192-S-BLW<br><br>**ORDER** |

Upon review and for good cause appearing,

**IT IS HEREBY ORDERED** that the Clerk of Court cause $914.40 to be distributed to each of 131 Delaware Tribe members named by Thomas J. Peckham. Peckham, an officer of the court, is counsel to the Delaware Tribe of Indians, certain members of which are entitled to distributions under this Court's orders. The funds will be distributed from the commercial registry account previously established for the Delaware Tribe members, by order of the Court. The amount payable is determined as follows:

| | |
|---|---:|
| Current Registry Balance | $ 336,846.80 |
| Less Fees Payable to the District | (3,409.23) |
| Less Unclaimed Disbursements | (76,489.80) |
| Available for Disbursement | $ 256,947.77 |
| | |
| Tribe Members Eligible per Judgement | 1,372 |
| Tribe Members Issued Checks | 1,091 |
| | |
| Remaining Tribe Members to be Paid | 281 |
| | |
| Available for Disbursement | $ 256,947.77 |

Remaining Tribe Members to be Paid        281

Payable per Remaining Tribe Members  $      914.40


DATED: **April 19, 2012**

_____
B. LYNN WINMILL
Chief Judge
United States District Court