IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DELAWARES OF IDAHO, INC., KANSAS DELAWARE TRIBE OF INDIANS, INC., ARTHUR A CREECH and WANDA JUNE WEEKS, <br><br>Plaintiffs, <br><br>v. <br><br>WILLIAM P. CLARK, Secretary of the Interior of the United States of America, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV-83-1192-S-BLW <br><br>**ORDER** |

**IT IS HEREBY ORDERED** pursuant to the District of Idaho, General Order No. 257, funds on deposit with the Court currently placed with COLB (Court Online Banking) or other financial institution be transferred to the Court Registry Investment System (CRIS).

DATED: **September 6, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court