IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DELAWARES OF IDAHO, INC., KANSAS DELAWARE TRIBE OF INDIANS, INC., ARTHUR A CREECH and WANDA JUNE WEEKS, | ) ) ) ) ) | Case No. CV-83-1192-S-BLW |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) | |
| WILLIAM P. CLARK, Secretary of the Interior of the United States of America, | ) ) ) | |
| Defendant. _____ | ) ) ) | |

Upon review and for good cause appearing,

**IT IS HEREBY ORDERED** that the Delaware Tribe of Indians' Motion for Leave to

Participate as *Amicus Curiae* (docket no. 45) is **GRANTED** so that the Tribe and its counsel may

facilitate distribution of funds held in the court registry and owing to certain members of the Tribe.

DATED:  **September 14, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court