IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DELAWARES OF IDAHO, INC., KANSAS DELAWARE TRIBE OF INDIANS, INC., ARTHUR A CREECH and WANDA JUNE WEEKS,<br><br>　　　Plaintiffs,<br><br>v.<br><br>WILLIAM P. CLARK, Secretary of the Interior of the United States of America,<br><br>　　　Defendant. | Case No. CV-83-1192-S-BLW<br><br>**ORDER** |

Upon review and for good cause appearing,

**IT IS HEREBY ORDERED** that the Delaware Tribe of Indians' Motion for Leave to Participate as *Amicus Curiae* (docket no. 45) is **GRANTED** so that the Tribe and its counsel may facilitate distribution of funds held in the court registry and owing to certain members of the Tribe.

DATED: **September 14, 2012**

_____
B. LYNN WINMILL
Chief Judge
United States District Court