BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**ROBERT B. FIRPO, CALIFORNIA STATE BAR NO. 243991**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
Email: Robert.Firpo@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DELAWARES OF IDAHO, INC., KANSAS DELAWARE TRIBE OF INDIANS, INC., ARTHUR A. CREECH and WANDA JUNE WEEKS,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. CLARK, Secretary of Interior of the United States of America,<br><br>Defendant. | Case No. 1:83-CV-01192-BLW<br><br>**NOTICE OF APPEARANCE** |

    NOTICE IS HEREBY GIVEN that Robert B. Firpo, Assistant United States Attorney for the District of Idaho, hereby enters his appearance as counsel in this case for Defendant Secretary of the Interior, and requests service of all further papers and pleadings herein, except original process, upon the undersigned attorney.

**NOTICE OF APPEARANCE - 1**

Respectfully submitted on this 13th day of November, 2018.

                                          BART M. DAVIS
                                          United States Attorney

                                          <u>/s/ Robert B. Firpo</u>
                                          ROBERT B. FIRPO
                                          Assistant United States Attorney

**NOTICE OF APPEARANCE - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

William Anthony Park
Tpark@thomaswilliamslaw.com

Daniel E. Williams
Danw@thomaswilliamslaw.com

Thomas John Peckham
Tpeckham@nordhauslaw.com

William H. Thomas
Wmthomas@thomaswilliamslaw.com

Martin A. Weeks
Martinweeks@lawyer.com

/s/ Danielle Haws
Paralegal

**NOTICE OF APPEARANCE - 3**